## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:                                              **Case No.   09-30602-H2-7**

**JO, DAEYOUNG**                                    **Chapter 7**
**JO, JOO YEON**

                       **Debtor(s).**     **APPLICATION TO PAY**
                                        **FUNDS INTO THE REGISTRY UNDER**
                                        **11 U.S.C. §347 (a)**

The undersigned trustee reports:

_____ The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

__X__ More than ninety (90) days have passed since the final distribution, and the dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   10/13/10                                 /s/ Ronald J. Sommers
                                          Ronald J. Sommers
                                          2800 POST OAK BLVD 61st Floor
                                          Houston TX 77056

## CERTIFICATE OF SERVICE

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas  77002 via electronic transmission (ECF), on this 13TH day of  October, 2010.

                                           /s/ Ronald J. Sommers
                                           Ronald J. Sommers

**EXHIBIT "A"**

Please check one:


_____          Small Dividends

\_\_X\_\_\_          Unclaimed Dividends


| Name & Address | Claim No. | Amount |
|---|---|---|
| Chase Bank USA<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA  98121 | 12 | 240.85 |
| Chase Bank USA<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Ste 400<br>Seattle, WA  98121 | 13 | 188.59 |
| American Express Bank FSB<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | 14 | 20.83 |
| **TOTAL:** | | **450.27** |